IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| D&Z AUCTION RESELLERS, LLC AND GUSTAVO A. MORENO PONCE | CIVIL NO. CIVIL 19-1242(WGY) |
|---|---|
| Plaintiffs | COPYRIGHT INFRINGEMENT |
| V. | DIGITAL MILLENIUM ACT |
| MEDIA DATA CORPORATION, et als | COMPUTER FRAUD AND ABUSE |
| Defendants | |

**MOTION ON BEHALF OF FARMACIA LOS ANGELES DE ISABELA LLC, ISLOTE DRUG, INC, FARMACIA CUQUIMAR, INC. AND CARMEN REMIGIO KUILIAN AND PEDRO J. KUILAN MARRERO, DBA FARMACIA DORADO**

**TO THE HONORABLE COURT:**

COME NOW Farmacia Los Angeles de Isabela Llc, Islote Drug, Inc, Farmacia Cuquimar, Inc., Carmen Remigio Kuilian and Pedro J. Kuilan Marrero, DBA Farmacia Dorado Farmacia Cuquimar, Inc., through their undersigned attorneys and very respectfully states, alleges and prays:

1. That the appearing parties have requested that the undersigned attorneys represent them in this case. Hence, they respectfully request from the Honorable Court that it take notice of this motion.

WHEREFORE: The appearing parties respectfully request from the Honorable Court that it take notice of this motion.

*September 18, 2019*
*Motion allowed.*
*William A. Young*
*District Judge*