UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| D&Z AUCTION RESELLERS, LLC AND GUSTAVO A. MORENO PONCE<br><br>Plaintiffs,<br><br>vs.<br><br>MEDI-DATA CORPORATION ET AL.<br><br>Defendants. | CASE NO. 19-cv-01242<br><br><br>RE:  COPYRIGHT INFRINGEMENT VIOLATION OF DIGITAL MILLENNIUM ACT<br>CAMPUTER FRAUD AND ABUSE |

**MOTION FOR LEAVE TO WITHDRAW**

To the Honorable Court:

Comes now co-defendant Medi-Data Corporation ("Medi-Data"), without submitting to the jurisdiction of this court through the undersigned attorney, and respectfully states and prays:

1.    The firm Block Legal LLC ("Block Legal") and Medi-Data have ascertained that a possible conflict of interest may arise in this case if the undersigned attorney of the firm, continues as counsel for Medi-Data.

2.    As a result, fellow Partner in Block Legal, attorney Roberto R. Blanes Ibarra, requested permission to withdraw his appearance as legal representative, while simultaneously Partners Legal Services, PSC, through attorney Ernesto M. Rovira Gándara, made a Notice of Appearance for Medi-Data. (**Docket 60**)

3.    In order to further avoid such possible conflict and any delays in the proceedings of this case, under Rule 83(b) of this Court's Local Rules, the undersigned respectfully also requests permission to withdraw its appearance as legal representative of Medi-Data.

*September 18, 2019*

*Motion allowed.*

*William G. Young*

*District Judge*