UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| D&Z AUCTION RESELLERS, LLC AND GUSTAVO A. MORENO PONCE<br><br>Plaintiffs<br><br>v.<br><br>MEDI DATA CORPORATION, ET AL.<br><br>Defendants | CASE NO.  3:19-cv-01242-JAG<br><br>Copyright Infringement<br>Violation of Digital Millennium Act<br>Computer Fraud and Abuse<br><br>Jury Trial Requested |

### REQUEST FOR BRIEF EXTENSION OF TIME TO OPPOSE CODEFENDANT MICRO MERCHANT SYSTEMS' MOTION TO DISMISS CROSS-CLAIMS

**TO THE HONORABLE COURT:**

**COME NOW** defendants Farmacia Jireh, Inc.; Empresas Alvasie, Inc. and Marilyn Vega d/b/a Farmacia Marilyn and very respectfully state, request and pray:

1. On September 13, 2019, codefendant Micro Merchant Systems ("MMS") filed a motion to dismiss the appearing parties' cross-claim as to said codefendant [SEE DKT 82].

2. The appearing codefendants contend all arguments included in MMS' motion to dismiss and, to that end, will present a vigorous opposition.

3. As a matter of fact, the appearing parties have been working diligently to complete and file said opposition with the Honorable Court. However, the appearing parties need a brief extension of time, up until Tuesday, October 8th 2019, to finalize the motion in opposition.

4. This additional extension of time is requested in good faith and it will not cause undue delay to these proceedings nor harm to any other party to this case, which is still in the pleading stage.

**WHEREFORE**, Defendants respectfully request that this Honorable Court acknowledges the facts stated herein and grants this motion.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 27th day of September 2019.

s/RICARDO CASTRO VARGAS
USDC/PR NO.  228,314

**CASTRO-VARGAS LAW OFFICES**
CENTRO INTERNACIONAL DE MERCADEO
TORRE II, SUITE 309
90 CARR.165
GUAYNABO, PR 00968
TEL. (787)705-0605 / FAX (787) 774-0605
castrovargaslaw@gmail.com