| | |
|---|---|
| D&Z AUCTION RESELLERS, LLC AND GUSTAVO A. MORENO PONCE<br><br>Plaintiffs<br><br>V.<br><br>MEDIA DATA CORPORATION, et als<br><br>Defendants | CIVIL NO.  CIVIL 19-1242(WGY)<br><br>COPYRIGHT INFRINGEMENT<br><br>DIGITAL MILLENIUM ACT<br><br>COMPUTER FRAUD AND ABUSE |

**MOTION OF FARMACIA LOS ANGELES DE ISABELA LLC, ISLOTE DRUG, INC, FARMACIA CUQUIMAR, INC. AND  CARMEN REMIGIO KUILIAN Y PEDRO J. KUILAN MARRERO, DBA FARMACIA DORADO FOR THE RULING ON MOTION TO STRIKE WITHOUT OPPOSITION**

**TO THE HONORABLE COURT:**

COME NOW Farmacia Los Angeles de Isabela Llc, Islote Drug, Inc, Farmacia Cuquimar, Inc., Carmen Remigio Kuilian y Pedro J. Kuilan Marrero, DBA Farmacia Dorado Farmacia Cuquimar, Inc., through their undersigned attorneys and very respectfully states, alleges and prays:

1. Plaintiff  filed without leave of court and amended complaint on October 7, 2019. On that same day, movants filed a motion to strike. To date, plaintiffs have not opposesd said motion to strike. Hence, the appearing parties request from the Honorable Court that it decide the motion to dismiss without opposition by plaintiffs

WHEREFORE: The appearing parties respectfully request from the Honorable Court that it decide the motion to dismiss without opposition by plaintiffs

CERTIFICATE OF SERVICE: That on this same date, a copy of this motion has been sent to all parties through the CM/ECF system.

Respectfully submitted on this 4th of November, 2019.


/s *John E. Mudd*
John E. Mudd Bar Number: 201102
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
E-Mail jemudd@yahoo.com

/s John A. Stewart
John A. Stewart Bar Number: 231804
Attorney for Plaintiffs
PO Box 140357
Arecibo, PR 00614-0357
Tel/Fax: (787) 878-0403
E-mail: stewart_j_esq@msn.com