# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| D&Z AUCTION RESELLERS, LLC, ET AL. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:19-cv-01242-WGY |
| MEDI DATA CORPORATION ET AL | ) ) ) | |
| Defendant. | ) ) | |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

**COMES NOW,** Joseph Slaughter, applicant herein, and respectfully states:

1. Applicant is an attorney with the law firm of Ballard Spahr LLP with offices at 1675 Broadway, 19th Floor, New York, NY 10019-5820, telephone number (212) 223-0200, fax number (212) 223-1942, and e-mail address slaughterj@ballardspahr.com.

2. Applicant will sign all pleadings with the name Joseph Slaughter.

3. Applicant has been retained as a member of the above-named law firm by Micro Merchant Systems to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since September 12, 2012, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 5061684.

5. Applicant is admitted to practice before the following courts:

| Court | Admission Date: |
|---|---|
| State of New York | September 2012 |
| District of Columbia | October 2013 |
| United States District Court, Southern District of New York | February 2015 |
| United States District Court, Eastern District of New York | February 2015 |
| United States District Court, District of Columbia | July 2014 |
| United States Court of Appeals for the Second Circuit | July 2019 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is Edgardo Colón Arrarás, USDC-PR Bar No. 129612, Goldman Antonetti & Cordova, LLC, PO Box 70364, San Juan, Puerto Rico 00936-8364, telephone: (787)759-4117, fax: (787)474-2314, email: ecolon@gaclaw.com.

11. Applicant has read the Local Rules of this Court and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new

case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 23, 2020

    Joseph Slaughter
Printed name of Applicant

*s/ Joseph Slaughter*
Signature of Applicant

**I HEREBY CERTIFY**, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel for all purposes.

Date: October 23, 2020

    Edgardo Colón Arrarás
Printed Name of Local Counsel

*s/Edgardo Colón Arrarás*
Signature of Local Counsel

**I HEREBY CERTIFY**, that I have caused the original of this document to be delivered to the Clerk of Court accompanied by a $300.00 pro hac vice admission fee and a copy of this document to be filed electronically via this Court's Electronic Case Filing (ECF) System which serves a true and correct copy of this document upon each attorney of record.

*s/ Joseph Slaughter*
Signature of Applicant

# **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied.  The Clerk of Court shall return the admission fee to the application.

SO, ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2020.

_____
U.S. DISTRICT JUDGE
