UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| D&Z AUCTION RESELLERS, LLC AND GUSTAVO A. MORENO PONCE<br><br>Plaintiffs,<br><br>vs.<br><br>MEDI-DATA CORPORATION ET AL.<br><br>Defendants. | CASE NO. 19-cv-01242<br><br><br>RE:  COPYRIGHT INFRINGEMENT<br>VIOLATION OF DIGITAL MILLENNIUM ACT<br>CAMPUTER FRAUD AND ABUSE |

**MOTION ABOUT PENDING MOTION OF WITHDRAWAL**

To the Honorable Court:

Comes now the undersigned attorney and respectfully states and prays:

1. On August 23, 2019, Roberto R. Blanes Ibarra, former counsel for Medi-Data Corp., filed with attorney Ernesto Rovira Gándara a joint *Motion for Leave to Withdraw and Notice of Appearance of New Legal Representation* on Docket no. 60.

2. On that motion, the undersigned Roberto R. Blanes Ibarra requested withdrawal of appearance and Medi-Data's new counsel, Ernesto Rovira Gándara, Esq. made his Notice of Appearance. (Docket no. 60).

3. Roberto R. Blanes Ibarra, respectfully advise the Court that the request for withdrawal in *Motion for Leave to Withdraw and Notice of Appearance of New Legal Representation* is still pending. (Docket No. 60).

4. Therefore, Roberto R. Blanes Ibarra respectfully requests this Honorable Court to allow his withdrawal from the case in light of Ernesto Rovira Gándara, Esq.'s appearance as new counsel for Medi-Data.

**Respectfully submitted.**

In San Juan, Puerto Rico, this 17th day of November, 2020.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record.

Block Legal LLC
270 Muñoz Rivera Ave., Suite 350
San Juan, Puerto Rico 00917
Phone: (787) 705-8162


*S/*Roberto R. Blanes Ibarra
USDC-PR 231608
E-Mail: blanes.roberto@gmail.com
